UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DASOVICH, <br>     Plaintiff, <br>     v. <br> CONTRA COSTA COUNTY SHERIFF DEPARTMENT, et al., <br>     Defendants. | Case No. 14-cv-00258-MEJ <br><br> **ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on April 17, 2014. However, as there is a pending Motion to Dismiss, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: April 4, 2014

                                            MARIA-ELENA JAMES <br>
                                            United States Magistrate Judge