UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DASOVICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTRA COSTA COUNTY SHERIFF DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-00258-MEJ<br><br>**ORDER VACATING HEARING DATE**<br><br>Re: Dkt. No. 10 |

　　　　Pursuant to Civil Local Rule 7-1(b), the court finds that Motion to Dismiss, which has been noticed for hearing on April 10, 2014, is appropriate for decision without oral argument.

　　　　Accordingly, the hearing date is hereby VACATED.  The motion will be taken under submission and decided on the papers.

　　　　**IT IS SO ORDERED.**

Dated: March 9, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　United States Magistrate Judge