**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF CONTRA COSTA**
Administration Building
651 Pine Street, 9th Floor
Martinez, CA 94553

(925) 335-1800
(925) 646-1078 (fax)
Writer's Direct Dial:
(925) 335-1885



**SHARON L. ANDERSON**
**COUNTY COUNSEL**

MONIKA L. COOPER
THOMAS L. GEIGER
MARY ANN McNETT MASON
Steven P. Rettig
ASSISTANTS

April 15, 2015

Honorable Joseph C. Spero
United States District Court
Courtroom G, 15th Floor
San Francisco, CA 94102

    Re:   *Steven Dasovich v. Contra Costa County, et al.*
           United States District Court Case Number C14-0258 MEJ

Dear Judge Spero:

    Our office represents defendants in the above-referenced action. The Settlement Conference is scheduled for April 30, 2015, and Settlement Conference Statements are due tomorrow, April 16, 2015. Unfortunately, Janice Amenta, the attorney handling the matter, has been out of the office ill and will not be able to complete the Statement by tomorrow.

    Ms. Amenta is the only attorney in this office that is readily familiar with the issues in this matter. In order to provide the Court with a thorough and productive Statement, we are requesting an extension to Tuesday, April 21, 2015, to complete and lodge the Settlement Conference Statement.

    Thank you. We appreciate your consideration of our request.

Very truly yours,

SHARON L. ANDERSON
COUNTY COUNSEL

By: _____
    MONIKA L. COOPER
    Assistant County Counsel

MLC:st

**GRANTED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA