**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF CONTRA COSTA**
Administration Building
651 Pine Street, 9th Floor
Martinez, CA 94553

(925) 335-1800
(925) 646-1078 (fax)
Writer's Direct Dial:
(925) 335-1886

**SHARON L. ANDERSON**
**COUNTY COUNSEL**

MONIKA L. COOPER
THOMAS L. GEIGER
MARY ANN MCNETT MASON
Steven P. Rettig
ASSISTANTS



April 23, 2015

Honorable Joseph C. Spero
United States District Court
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA 94102

    Re:    *Steven Dasovich v. Contra Costa County, et al.*
           United States District Court Case Number C14-0258 MEJ

Dear Judge Spero:

    I am writing with respect to the Mandatory Settlement Conference set for April 30, 2015, to request the Court to excuse the appearance of defendant Sheriff David Livingston. Although Sheriff Livingston is named as a defendant in the complaint, he was uninvolved in the pursuit and arrest of plaintiff. Requiring the Sheriff to attend would be burdensome and would take time away from the Sheriff's many duties. I have contacted plaintiff's counsel, and he does not oppose this request.

    The conference will be attended by myself; Scott Selby, the Assistant Risk Manager for Contra Costa County, and Deputy Tim Allen. Mr. Selby has full settlement authority on behalf of the County and the individual defendants, subject to the approval of the Board of Supervisors.

    Thank you for considering this request.

Dated: 4/27/15

IT IS SO ORDERED
Judge Joseph C. Spero

Very truly yours,

SHARON L. ANDERSON
COUNTY COUNSEL

By: _____
JANICE L. AMENTA
Deputy County Counsel

JLA:st