Andrew C. Schwartz (State Bar No. 64578)
schwartz@cmslaw.com
Adam Carlson (State Bar No. 257795)
carlson@cmslaw.com
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:  (925) 947-1147
Facsimile:    (925) 947-1133

Attorneys for Plaintiff
STEVEN DASOVICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DASOVICH<br><br>             Plaintiff,<br><br>vs.<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT; CONTRA COSTA COUNTY SHERIFF DAVID LIVINGSTON, in his official and individual capacities; CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT DEPUTY TIM ALLEN; and DOES 1 through 100,<br><br>             Defendants. | CASE NO.   C14-00258-MEJ<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER RULE 41(a)(1)(A)(ii) F.R.C.P.** |

TO THE HONORABLE MARIA ELENA JAMES OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties hereto, by and through their respective counsel of record, stipulate and agree that pursuant to the terms of the settlement reached between the parties, this action shall be voluntarily dismissed with prejudice, each party to bear its own costs and attorneys' fees.

---

*Dasovich vs. County of Contra Costa, et al.*  C14-00258-MEJ                                                                      Page 1
STIPULATION FOR DISMISSAL WITH PREJUDICE

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

IT IS SO STIPULATED:

Dated: July 15, 2015                          /s/ - "Adam Carlson"
                                              Adam Carlson
                                              CASPER, MEADOWS, SCHWARTZ & COOK
                                              Attorneys for Plaintiff JOSHUA CHAVEZ

Dated: July 15, 2015                          /s/ - "Janice L. Amenta"
                                              Janice L. Amenta, Deputy County Counsel
                                              Attorneys for Defendants
                                              CONTRA COSTA COUNTY, et al.

Based on the above Stipulation, the Court hereby dismisses this action with prejudice.

IT IS SO ORDERED.

Dated: July 20, 2015                          _____
                                              Hon. Maria Elena James
                                              United States District Magistrate Judge

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Dasovich vs. County of Contra Costa, et al.* C14-00258-MEJ
STIPULATION FOR DISMISSAL WITH PREJUDICE

Page 2